**Order Filed August 23, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00615-CV

### IN RE INTERNATIONAL HOSPITAL CORPORATION HOLDING N.V., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06257**

## ORDER

Before Justices Lang-Miers, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/ DAVID SCHENCK
JUSTICE